IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00447-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

RAYMOND L. MONTOYA,

      Plaintiff,

v.

ARISTEDES ZAVARAS, Director,
DAVID MICHAUD, Chairman of the Board,
MR. NICK RACHIO,
MRS. JESSICA KARRIGAN,
MRS. PFALTZGRAFF,
ALL FLOOR STAFF - X THRU XL,
KEVIN ESTEP, Warden,
MARY CARNELL, Medical Director,
CHARLES EVERETT, Unit Manager, and
ALL MEDICAL STAFF,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Notice of Intent Pursuant to 24-10-109 C.R.S. (ECF No.
1) and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF
No. 3).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has
determined that the submitted documents are deficient as described in this order.
Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any
papers that Plaintiff files in response to this order must include the civil action number
on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)  __  is not submitted
(2)  __  is not on proper form (must use the court's current nonprisoner form)
(3)  __  is missing original signature by plaintiff/petitioner/applicant
(4)  __  is missing affidavit
(5)  __  affidavit is incomplete
(6)  __  affidavit is not notarized or is not properly notarized
(7)  __  names in caption do not match names in caption of complaint, petition or application
(8)  __  other _____

**Complaint or Petition**:
(9)  xx  is not submitted
(10) __  is not on proper form (must use the court's current form)
(11) __  is missing an original signature by the plaintiff/petitioner/applicant
(12) __  is incomplete
(13) __  uses et al. instead of listing all parties in caption
(14) __  names in caption do not match names in text
(15) __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __  other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED February 21, 2013, at Denver, Colorado.

BY THE COURT:

2

 s/ Boyd N. Boland
United States Magistrate Judge

3