IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00447-BNB

RAYMOND L. MONTOYA, JR.,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Director,
DAVID MICHAUD, Chairman of the Board,
MR. NICK RACHIO,
MRS. JESSICA KARRIGAN,
MRS. PFALTZGRAFF,
KEVIN ESTEP, Warden,
MARY CARNELL, Medical Director,
MS. R. G. ROGRSA, and
CHARLES EVERETT, Unit Manager,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Raymond L. Montoya, initiated this action by filing *pro se* a notice of intent to sue (ECF No. 1). On March 22, 2013, Mr. Montoya filed a Complaint (ECF No. 5). On March 27, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Montoya to file an amended complaint that complies with the pleading requirements of the Federal Rules of Civil Procedure. On April 29, 2013, Mr. Montoya filed an amended Complaint (ECF No. 8) that was not signed and that still did not provide a short and plain statement of his claims. On May 2, 2013, Magistrate Judge Boland entered an order directing Mr. Montoya to file a second amended complaint that is signed and that complies with the pleading requirements of Rule 8 of the Federal Rules

of Civil Procedure.  Mr. Montoya was warned that the action would be dismissed without further notice if he failed to file a second amended complaint within thirty days.

On May 30, 2013, Mr. Montoya filed a letter to the Court.  However, he has failed within the time allowed to file a second amended complaint that provides a short and plain statement of the claims he is asserting in this action as required pursuant to Rule 8 of the Federal Rules of Civil Procedure.  Therefore, the action will be dismissed without prejudice for failure to comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint, the amended Complaint, and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Montoya failed to comply with a court order.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  6th  day of   June  , 2013.

BY THE COURT:

 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court